_____
(Name)

_____
(Prisoner No.)

_____
(Place of Confinement)

_____
(Mailing Address)

_____
(City, State, Zip)

Telephone: _____

**For Court Use Only**

RECEIVED

FEB 2 4 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

### UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

Shirley M. Elizabeth (Hillman) Estrada )
)
Plaintiff )
)
vs )
)
Department of Corrections/medical )
)
_____ )
_____ )
)
Defendant(s) )
_____ )

Case No. 3:06-cv-00042-TMB

COMPLAINT UNDER
CIVIL RIGHTS ACT
[42 U.S.C. § 1983]
(PRISONER)

Plaintiff Shirley M. Elizabeth (Hillman) Estrada alleges that the civil rights of plaintiff
were violated by the below named defendants.

### I. Jurisdiction

1.    Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

### II. Parties

2.    Plaintiff is presently confined at Hiland Mountain Correctional Center

3.    Defendant D.O.C./medical is a citizen of United States and
employed as State workers/prisoner Officials

Prisoner § 1983 Complaint
Effect. 11/03

☐ This defendant **personally participated** in causing my injury, and I want **money damages**

☒ The **policy or custom** of this official's government agency violates my rights, and I seek injunctive relief.

4.    Defendant _Deb Till_ is a citizen of _Alaska_ and employed as _Department of Corrections / medical provider_

☒ This defendant **personally participated** in causing my injury, and I want **money damages**

☐ The **policy or custom** of this official's government agency violates my rights, and I seek injunctive relief.

5.    Defendant _Kathleen Buthman_ is a citizen of _Alaska_ and employed as _Medical provider_

☒ This defendant **personally participated** in causing my injury, and I want **money damages**

☒ The **policy or custom** of this official's government agency violates my rights, and I seek injunctive relief.

### III. Causes of Action

*Count 1*

6.    On or about _7/6/2004_ my civil right to _Please See attached_ was violated in that _____

_____

Prisoner § 1983 Complaint
Effect. 11/03

*Count* 2

7.     On or about _____ my civil right to _____

_____ was violated in that _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Count* 3

8.     On or about _____ my civil right to _____

_____ was violated in that _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983 Complaint
Effect. 11/03

## IV. **Prior Lawsuits**

9.    Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action or otherwise relating to your imprisonment?    ☐ Yes  ☒ No

If yes, describe each lawsuit.

   a.    Lawsuit 1:  Plaintiff(s) _____

      Defendant(s) _____

      Name and location of court _____

      _____

      Docket No. _____ Name of Judge _____

      Date Filed _____ Date of Decision _____

      Disposition:  ☐ Dismissed  ☐ Appealed  ☐ Still pending

      Issue(s) raised _____

      _____

   b.    Lawsuit 2  Plaintiff(s) _____

      Defendant(s) _____

      Name and location of court _____

      _____

      Docket No. _____ Name of Judge _____

      Date Filed _____ Date of Decision _____

      Disposition:  ☐ Dismissed  ☐ Appealed  ☐ Still pending

      Issue(s) raised _____

      _____

10.    Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

    ☐ Yes  ☒ No    (If your answer is "Yes," describe each lawsuit.)

Prisoner § 1983 Complaint
Effect. 11/03

a.  Lawsuit 1 dismissed as frivolous, malicious, or failed to state a claim

Defendant(s) _____

Name of Court _____ Case No. _____

Date Filed _____ Date of Decision _____

Dismissed because:  ☐ Frivolous    ☐ Malicious    ☐ Failed to state a claim

Issue(s) raised _____

_____

_____

b.  Lawsuit 2 dismissed as frivolous, malicious, or failed to state a claim

Defendant(s) _____

Name of Court _____ Case No. _____

Date Filed _____ Date of Decision _____

Dismissed because:  ☐ Frivolous    ☐ Malicious    ☐ Failed to state a claim

Issue(s) raised _____

_____

_____

c.  Lawsuit 3 dismissed as frivolous, malicious, or failed to state a claim

Defendant(s) _____

Name of Court _____ Case No. _____

Date Filed _____ Date of Decision _____

Dismissed because:  ☐ Frivolous    ☐ Malicious    ☐ Failed to state a claim

Issue(s) raised _____

_____

_____

11.   Are you in imminent danger of serious physical injury?   ☐ Yes  ☒ No

If the answer is yes, describe how you are in danger _____

_____

_____

Prisoner § 1983 Complaint
Effect. 11/03

### V – Exhaustion of Administrative Remedies

12.     Present place of confinement: Hiland Mountain Correctional Center

13.     Is there is a grievance procedure at this institution?   ☒ Yes   ☐ No

14.     If the answer to 13 is yes, did you present the facts in your complaint for review through the grievance procedure?   ☒ Yes   ☐ No

   a.   In no, why not? _____

   _____

   b.   If yes, what steps did you take? I verbalized to; Sgt. V. Lause, Medical personell Deb Till, and Nurse Buthman how I was feeling, I put in request for Health Care(s) and Request for Interviews seeking informal resolution then filed grievance (s) #8399, #8351, #8350, #8656, grievance appeals and filed complaint with Ombudsman #A 2005-0283

   c.   Is the grievance procedure complete?   ☒ Yes   ☐ No

   **If yes attach a copy of the final grievance resolution for any grievance concerning the facts relating to this case.**

### VI – Relief Requested

   **Wherefore**, plaintiff requests that this Court grant the following relief:

1.     Monetary damages in the amount of   $100,000.00

2.     Punitive damages in the amount of   $75,000.00

3.     An order compelling defendant(s)   Deb Till, Kathleen Buthman, Sgt. V. Lause, C.O. V. Shrock take training to better serve in the employment positions they are hired to do

4.    A declaration that _I receive apology in writing_

5.    Other: _reprimand_

Plaintiff requests trial by jury.    ☒ Yes    ☐ No (check one)

**Declaration under Penalty of Perjury**

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed on _2/22/06_    at _8:45 pm_

_Shirley M. Elizabeth (Hillman) Estrada_
(Signature of Plaintiff)

Prisoner § 1983 Complaint
Effect. 11/03