RECEIVED
FEB 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Statement by Shirley M. Elizabeth (Hillman) Estrada

## III Causes of Action

On or about 7 - 6 - 2004 my civil right to have access to proper medical care was violated in that

### Count I
### Medical Malpractice

I came to Hiland for an incarceration period of about 2 and 1/2 years in November of 2003. I had previously been on Workers Compensation for an injury that occurred to my neck.

Medical at Hiland prescribed me medications for muscle spasms and pain.

I was prescribed Elavil 75 mg. for the pain and along with the elavil, I was prescribed a muscle relaxer called Norgesic. As time went on the medication was increased as I requested further treatment. Eventually I was prescribed 150 mg. of Elavil and the Norgesic was increased to Norgesic Forte. The Norgesic Forte was dispensed at two tablets of the Forte twice a day. The elavil once a day.

I was later told by examining medical provider P.A. Simms that I was not a good candidate for Elavil due to a reported history of seizures which has been in my medical files since my first incarceration in 1993.

I then learned that the reaction to these two medications taken together are recommended to be monitored for reactions in patients. I also learned that Norgesic Forte has a usual prescribed dosage of one tablet for an adult whereas the Forte is the Norgesic but the Norgesic Forte is double potency.

The symptoms I had been reporting to medical staff and to Sgt. V. Lause went disregarded whereas I believe that if proper attention had been given, maybe I would not have endured all of this.

On or about 7 - 6 - 2004 my civil right to be treated with dignity and respect was violated in that

### Count II
### Negligence

I had gone to Shift Supervisor V. Lause just days prior to 'the episode' and reported to her that "I was feeling like I use to feel when I had seizures. That I was not feeling good. Like I was going to 'go out' ." Sgt. Lause sent me to medical office where Nurses Deb Till and Kathleen Buthman were present.

Nurse Buthman took my blood pressure and felt my pulse. She then told Nurse Till of my complaint and the reading of my blood pressure. Nurse Till responded to Nurse Buthman to instruct me that "I would be okay, send me away."

On or about 7 - 6 - 2004 my civil right to have safe work provisions and be treated fairly with respect were violated in that

**Count III**

**Personal Injury**

On July 6 2004, I went to the medical dispensary line and took my meds from the nurse. I then went to the work area, the garden I was developing under instructions of Assistant Superintendent Amy Rabeau and C.O. Denato. For days I had been working on and again on this day began digging a trench. It was a hot day and I had just taken the medication. I went to put my foot to the shovel and felt the same tremor that I felt previously when I reported to Sgt. Lause and medical. I thought that, "I just need to sit down." The next thing I was aware of was that I was at medical I had mud all over me. I was being asked several questions, such as; "did I know what happened and, did I know what I am doing?" I was also asked to give a urine sample, which I provided. Soon afterward I was escorted to the segregation unit where I was placed in administrative segregation. I was told that I had provided a urine sample showing illicit drug use. I was not provided any further medical attention for at least one full week. I was treated poorly by staff. I told C.O. V Ann Shrock that I did not understand what was going on and she slammed the tray slot in my face responding with "Oh Elizabeth you know what you did." I put in several cop outs requesting to see medical asking for help to understand the "episode" that occurred. One of the cop-outs that was answered by medical Bonnie Paul stated that, "methadone would explain the episode." I was not given requested or proper medical care while I was being implicated for illicit drug use. All the while I had been toxically medicated by the Department of Corrections.

On or about 7 - 6 - 2004 my civil right to be treated fairly and not as a segregated prisoner with out the same opportunities as other prisoners were violated in that

**Count IV**

**Denied Due Process**

I was in administrative segregation for an approximate period of two weeks before I was given any further medical treatment. I was implicated in illicit drug 'using' activity and was denied the process of elimination as an un-segregated prisoner. After the episode I noticed that I was not speaking to my full capability, and I also noticed a tick occurring in my left eye. I was not offered medical care during this period of time until just before I was transferred to Anchorage Jail at the end of July 2004.

On or about 7 - 6 - 2004 my civil right to be treated with dignity and respect and afforded process of assistance from administration was violated in that

**Count V**

**Mental Anguish**

I was concerned and confused. I did not understand what had happened. I felt like I was 'dropped off from another time zone' was the only way I could explain this. I was not speaking to my full capability, and I had noticed a tick occurring in my left eye, which was scaring me because I thought and felt like I was deteriorating physically. I had no real explanations for what happened until I say P.A. Simms at Anchorage Jail where I was transferred for a previously schedule Parole hearing. I was placed in segregation when transferred to the Anchorage Jail. Security Sgt. Gloria Johnson finally faxed message that, I was no longer considered to be in Administrative segregation, I was then let out of the segregation room. I was transferred in red clothing to Anchorage Jail and staff at Anchorage Jail was informed by Sgt. Gary Damron that I was on "contraband protocol".

On or about 7 - 6 - 2004 my civil right to be afforded proper medical care was violated in that

**Count VI**

**Medical Malpractice**

I was finally seen by Nurse Deb Till just before my transfer to the Anchorage Jail for my parole hearing. It was at this time that Deb Till checked in my ears and told me that "I have an ear infection" which probably caused the dizziness I had been reporting prior to the episode. Deb Till then prescribed some ear drops which were placed in my ear for at least one full day. The ear drops were not available at call for meds when I was transferred and when I was examined the one time by P.A. Simms I was informed that I did not need any ear drops because I did not have an ear infection.
It then occurred to me that I was being fooled again by medical at Hiland and that I was now in a situation where there is an attempt to confuse me in to believing my episode was caused by an ear infection.

On or about 7 - 6 - 2004 my civil right to have access to have the same opportunities as other prisoners has been violated in that

**Count VII**

**Slander**

I have endured continued allegations and slanderous comments from the staff at Hiland Mountain Correctional Center regarding the incident on July 6 2004. Staff

laugh at me regarding the 'mud on my face' and 'rolling around in the mud'. C.O. Lake was the officer who found me in the state that I was in and is the C.O. who escorted me to medical. I was video taped from what I understand, and pictures were taken. Nurses Buthman and Polis made continued comments regarding the "garden incident". C.O. Denato claimed to "stick up for me" yet makes on going regards to "the garden incident", and "what I did". This is something that happened 'to me' with medication prescribed and dispensed to me by the medical staff at Hiland Mountain Correctional Center.

I have endured comments from 80% of the staff members regarding this incident for the past two years of my incarceration and the comments that implicate illicit drug use and "the garden party" are continually made and continually color my attempts to move forward within the institution.