|                          |
|--------------------------|
| _____ (Name) |
| Prisoner No. _____ |
| _____ (Place of Confinement) |
| _____ (Address) |
| _____ (City, State, Zip) |
| Telephone _____ |

FOR COURT USE ONLY

RECEIVED
FEB 2 4 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

Shirley M. Elizabeth (Hillman) Estrada  )
                                         )
                 Plaintiff                )    Case No. 3:06-CV-00042TMB
                                         )
         vs                              )
                                         )    APPLICATION TO WAIVE
Department of Medical/Corrections        )         FILING FEE
                                         )         (Prisoner)
                                         )
                                         )
                 Defendant(s)            )
                                         )

I, Shirley M. Elizabeth (Hillman) Estrada declare that I am (check appropriate box)

[X] Plaintiff (filing civil rights complaint)   [ ] Movant (filing 28 U.S.C. § 2855 Motion)

[ ] Petitioner (for writ of *habeas corpus*     [ ] Other _____
    under 28 U.S.C. § 2854)

I am unable to prepay the fees for this proceeding or give security because of my poverty and I am entitled to the relief I am requesting. I agree that if I am granted this application to waive the fee in this case, a portion of my recovery, as directed by the court will be paid to the Clerk of the Court for reimbursement of all fees and costs incurred by me in the case. In support of this application, I make the following statement under penalty of perjury.

1. I am presently incarcerated. [**If not incarcerated, do not use this form**]

    Place of incarceration  Hiland Mountain Correctional Center

**IMPORTANT:** HAVE THE DEPARTMENT OF CORRECTIONS FILL OUT THE CERTIFICATION AND CALCULATION PORTION OF THIS APPLICATION AND ATTACH A CERTIFIED COPY OF YOUR PRISON TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE PAST SIX MONTHS.

2. Are you presently employed?   Yes ☐  No ☒

    a. If yes, what is your income?   Gross _____   Net _____

    Weekly ☐  Bi-Weekly ☐  Semi-Monthly ☐  Monthly ☐   (*Check One*)

    Employer: _____
    (Name)

    Address _____  Telephone _____
    (Street, City, State)

    Nature of Employment _____

    Length of employment _____

    b. If no, date of last employment  April 2003

    Former Employer  KMART
    (Name)

    Address _____  Telephone _____
    (Street, City, State)

    What was your income?   Gross _____   Net $ 610.00

    Weekly ☐  Bi-Weekly ☒  Semi-Monthly ☐  Monthly ☐   (*Check One*)

    Nature of Employment  Food Service / Customer Service

    Length of employment  6 months

3. In the past 12 months have you received money from any of the following sources?

    a. Business, profession or self-employment   Yes ☐  No ☒

    If yes, state amount received _____

    Do you expect to receive any future income from this source?   Yes ☐  No ☐

    If yes, state the amount you expect to receive _____

    When do you expect to receive it? _____

   b. Rental, interest or dividends (not PFD)   Yes ☐  No ☒

      If yes, state amount received _____

      Do you expect to receive any future income from this source?   Yes ☐  No ☐

      If yes, state the amount you expect to receive _____

      When do you expect to receive it? _____

   c. Pension, annuity or life insurance payments   Yes ☐  No ☒

      If yes, state amount received _____

      Do you expect to receive any future income from this source?   Yes ☐  No ☐

      If yes, state the amount you expect to receive _____

      When do you expect to receive it? _____

   d. SSI, Disability or worker's compensation   Yes ☒  No ☐

      If yes, state amount received **$562.00 Bi-weekly**

      Do you expect to receive any future income from this source?   Yes ☒  No ☐

      If yes, state the amount you expect to receive **$562.00 Bi-weekly**

      When do you expect to receive it? **April 2006**

   e. Gift or inheritance   Yes ☐  No ☒

      If yes, state amount received _____

      Do you expect to receive any future income from this source?   Yes ☐  No ☐

      If yes, state the amount you expect to receive _____

      When do you expect to receive it? _____

   f. Any other source   Yes ☐  No ☒

      If yes, state amount received _____

      Describe _____

      Do you expect to receive any future income from this source?   Yes ☐  No ☐

      If yes, state the amount you expect to receive _____

      When do you expect to receive it? _____

4. State the amount of cash (coin and currency) you have **$30.00**

5. Do you have a checking account?   Yes ☐  No ☒

      If yes, current balance _____ Account No. _____

      Bank: _____
              (Name and Branch)

      _____
              (Street, City, State)

6. Do you have an IRA, CD, savings or money market account? Yes ☐ No ☒

    If yes, current balance _____ Account No. _____

    Financial Institution: _____
                     (Name and Branch)

    _____
              (Street, City, State)

7. Do you own an automobile or other motor vehicle? Yes ☒ No ☐

   a. Make: **Cadillac**    Year **1983** Model **Seville**

   b. Current Value: **$100⁰⁰**

   c. Is it financed? Yes ☐ No ☒    Balance owed: **∅**

8. Do you own any real property? Yes ☐ No ☒

   a. If yes, describe _____

      _____

   b. Current Value _____

   c. Is it financed? Yes ☐ No ☐    Balance owed: _____

9. Do you own any stocks, bonds, securities, financial instruments? Yes ☐ No ☒

   a. If yes, describe _____

      _____

   b. Current Value _____

10. Do you own any other personal property other than clothing? Yes ☐ No ☒

    (*If yes list each asset or item of property and give the value of each*)

   a. _____ Value _____

   b. _____ Value _____

c. _____ Value _____

d. _____ Value _____

e. _____ Value _____

11. Have you transferred, given away, or placed any property in the name of any other person during the past two years? Yes ☐ No ☒ *(If yes provide details)*

    a. Property _____

    b. Value _____ Transferred to _____

    c. Reason: _____

12. For each person who is dependent upon you for support provide the name, relationship, and and amount of support you provide.

    a. Name **Greg Hillman-Anderson** Relationship **SON** Support: **∅ at present.**

    b. Name _____ Relationship _____ Support: _____

    c. Name _____ Relationship _____ Support: _____

### Declaration Under Penalty of Perjury

I hereby declare under penalty of perjury under the laws of the United States of America that the information is true and correct.

Dated: **2/20/06**

*Shirley M. Elizabeth Hillman-Estrada*
Signature of Applicant

**AUTHORIZATION**

I, Shirley M. Elizabeth (Hillman) Estrada request and authorize the agency holding me in custody to prepare for the Clerk of the United States District Court for the District of Alaska, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action in accordance with 28 U.S.C. § 1915(b).

Dated: 2-15-06

_Shirley M. Elizabeth Estrada_
(Signature of Applicant)

Shirley M. Elizabeth Estrada
(Typed or Printed Committed Name of Applicant)

247734
(Inmate Number)

**CERTIFICATION AND CALCULATION**
(To be Completed by Department of Corrections/Bureau of Prisons)

I hereby certify that the applicant has the (available) sum of $49.08 on account to his/her credit at Hiland Mountain Correctional Center
(Name of Institution)

I certify that during the past six months, the average monthly **deposits** to the applicant's account were: 94.40

I further certify that during the past six months, the average monthly **balance** in the applicant's account was: 281.02

Please attach certified copy of applicant's account statement showing transactions for past six months.

Dated: 2/17/06

_Mary Engdahl_
(Signature of Authorized Officer)

Acctg Tech III
Title

Dept of Corrections
Agency