STATE OF ALASKA

RECEIVED DEPARTMENT OF CORRECTIONS

FEB 2 4 2006

CLERK, US DISTRICT COURT
ANCHORAGE, ALASKA

## REQUEST FOR INTERVIEW

| Name | OBSCIS # | Institution |
|---|---|---|
| Elizabeth Estrada | 247734 | Hiland Mountain Correctional Center |

| To: | Date: | Time: | Housing Unit |
|---|---|---|---|
| George Gonzales - Inmate Accounting | 2-2-06 | | 1-N-4 |

**Request:**
A Certified Prison Trust Account Statement for the past 6 (six) months. This is for Court filing. I appreciate your help.

Thank you

Re-route to Jorge Gonzales Inmate Accounting Pl/ease. E. Estrada

**Action taken:**
Complete the attached Account Statement request and return. Jorge Gonzales - Inmate accounts 2/8/06.
Forward to Juneau Central Office for Processing. Jorge - Inmate accts.

Officer's signature:                                Date:

**Final action taken:** See attached Statements

Officer's signature: Mary Truesdale          Date: 2/8/06

SCANNED

# STATE OF ALASKA /

## DEPARTMENT OF CORRECTIONS

■ank Murkowski, **GOVERNOR**

REPLY TO:

P.O. Box 112000
Juneau, Alaska 99811-2000
Telephone (907) 465-3478

February 8, 2006

Shirley M. E. Estrada
c/o Hiland Mountain Correctional Center
9101 Hesterberg Road
Eagle River, Alaska 99577

Dear Ms. Estrada:

### RE: Prisoner Account Statement

Issued under the authority of Alaska Statute (A.S.) 09.19.010 (b)(2), the certified copies of prisoner account statements you requested for account # **247734** the time period **August 2005** through **January 2006** are enclosed. **Please note statements for prior periods of incarceration may not be included.**

In addition, in response to A.S. 09.19.010 (d), the following is provided:

1.) The average monthly deposit for the time period indicated above was $**94.40** and 20% of this amount equals $**18.88**.

and,

2.) The average balance for the time period indicated above was $**281.02** and 20% of this amount equals $**56.20**

If you are a prisoner who is commencing a civil action, an appeal from a civil action, or an appeal from the final decision of an administrative agency, against the state or a present or former state officer, agent or employee, **and you are requesting a filing fee exemption**, you should submit this memorandum and enclosure to the court.

If you indicated that you would like an additional copy of your statements or requested statements older than six months these copies are available for $0.15 each. You may request copies of these originals from your Institution through a commissary request.

If you have any questions on this information, please contact us.

Enclosure/s

Sincerely,

*Mary Engdahl*

Mary Engdahl, Accounting Tech. III
Division of Administrative Services/DOC

## Alaska Department of Corrections
### HILAND MTN CC

**STATEMENT OF ACCOUNT**

**Offender Account Activity**

Statement Date: 08/01/2005   To: 08/31/2005

Page 1 of 1

### ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE

Account Balance: 33.83

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 28.69 |
| 503683 | 08/01/2005 | Cash Receipt - ANDERSON, GREGG | | 25.00 | 53.69 |
| 503768 | 08/01/2005 | Cash Receipt - FLETCHER, ANTHONY | | 50.00 | 103.69 |
| 503770 | 08/01/2005 | Void Cash Receipt | 50.00 | | 53.69 |
| 503772 | 08/01/2005 | Cash Receipt - FLETCHER, ANTHONY | | 50.00 | 103.69 |
| 503817 | 08/01/2005 | Commissary Return; Invoice 232546 | | 1.30 | 104.99 |
| 504668 | 08/03/2005 | Commissary Purchase; Invoice 233627 | 16.95 | | 88.04 |
| 509457 | 08/10/2005 | Commissary Purchase; Invoice 234824 | 22.31 | | 65.73 |
| 511904 | 08/17/2005 | Commissary Purchase; Invoice 236619 | 25.30 | | 40.43 |
| 512556 | 08/19/2005 | 08/19/2005 126430 50 | 4.00 | | 36.43 |
| 512556 | 08/19/2005 | 08/19/2005 126430 51 | 4.00 | | 32.43 |
| 514172 | 08/24/2005 | Commissary Purchase; Invoice 237934 | 11.50 | | 20.93 |
| 515720 | 08/29/2005 | CLUB SALE - NCC (FOOD SALE) | 4.55 | | 16.38 |
| 515930 | 08/30/2005 | Cash Receipt - CHAMBERLIN, LAVERNE | | 30.00 | 46.38 |
| 516392 | 08/31/2005 | Commissary Purchase; Invoice 239261 | 9.70 | | 36.68 |
| 516416 | 08/31/2005 | CLUB SALE - I/C (WCUG) FOOD SALE | 2.85 | | 33.83 |
| | | Ending Balance | | | 33.83 |

Account: FORCED SAVINGS

Account Balance: 253.65

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 253.65 |
| | | Ending Balance | | | 253.65 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document.
SIGNATURE   DATE

Alaska Department of Corrections
HILAND MTN CC

## STATEMENT OF ACCOUNT
**Offender Account Activity**

Statement Date: 09/01/2005   To: 09/30/2005

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 29.03

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 33.83 |
| 518704 | 09/06/2005 | Cash Receipt - GOMEZ, ALEX |  | 60.00 | 93.83 |
| 520685 | 09/07/2005 | CLUB SALE - I/C (WCUG) PRODUCT | 14.00 |  | 79.83 |
| 520698 | 09/07/2005 | CLUB SALE - NCC (FOOD SALE) | 7.00 |  | 72.83 |
| 520735 | 09/07/2005 | Commissary Purchase; Invoice 240504 | 32.10 |  | 40.73 |
| 522895 | 09/13/2005 | CLUB SALE - I/C (WCUG) PRODUCT | 10.00 |  | 30.73 |
| 523394 | 09/14/2005 | Commissary Purchase; Invoice 242151 | 19.70 |  | 11.03 |
| 523927 | 09/15/2005 | Check 40006729 - TJM WESTERN, INC. | 6.00 |  | 5.03 |
| 526961 | 09/26/2005 | Cash Receipt - BURRUS, FLETCHER |  | 40.00 | 45.03 |
| 527330 | 09/26/2005 | CLUB SALE - NCC (FOOD SALE) | 3.50 |  | 41.53 |
| 527925 | 09/28/2005 | Commissary Purchase; Invoice 245163 | 2.80 |  | 38.73 |
| 527963 | 09/28/2005 | CLUB SALE - I/C (MOVIE CARD) | 1.00 |  | 37.73 |
| 527969 | 09/28/2005 | CLUB SALE - I/C (FOOD SALE) | 3.75 |  | 33.98 |
| 527972 | 09/28/2005 | CLUB SALE - I/C (WCUG) FOOD SALE | 4.95 |  | 29.03 |
|  |  | Ending Balance |  |  | 29.03 |

Account: FORCED SAVINGS
Account Balance: 253.65

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 253.65 |
|  |  | Ending Balance |  |  | 253.65 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document.

SIGNATURE   DATE

Alaska Department of Corrections
HILAND MTN CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 10/01/2005   To: 10/31/2005

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 5.53

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 29.03 |
| 531561 | 10/05/2005 | Commissary Purchase; Invoice 246629 | 24.25 | | 4.78 |
| 533011 | 10/06/2005 | CLUB SALE - NCC (CAKE WALK) | 2.00 | | 2.78 |
| 534540 | 10/11/2005 | Cash Receipt - CHAMBERLIN, LAVERNE | | 75.00 | 77.78 |
| 536863 | 10/17/2005 | CLUB SALE - I/C (SPORTS) | 10.40 | | 67.38 |
| 536894 | 10/17/2005 | CLUB SALE - NCC (FOOD SALE) | 4.75 | | 62.63 |
| 537573 | 10/19/2005 | 10/19/2005 143535 51 | 4.00 | | 58.63 |
| 537852 | 10/19/2005 | Commissary Purchase; Invoice 249762 | 28.50 | | 30.13 |
| 538203 | 10/20/2005 | CLUB SALE - I/C (FOOD SALE) | 4.50 | | 25.63 |
| 538213 | 10/20/2005 | CLUB SALE - I/C (WCUG) FOOD SALE | 5.35 | | 20.28 |
| 538244 | 10/20/2005 | Check 40006873 - TJM WESTERN, INC. | 3.00 | | 17.28 |
| 539095 | 10/24/2005 | CLUB SALE - I/C (WCUG) PRODUCT SAEL | 4.50 | | 12.78 |
| 539931 | 10/26/2005 | Commissary Purchase; Invoice 251292 | 7.25 | | 5.53 |
| | | Ending Balance | | | 5.53 |

Account: FORCED SAVINGS
Account Balance: 253.65

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 253.65 |
| | | Ending Balance | | | 253.65 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document.
SIGNATURE   DATE

Alaska Department of Corrections
HILAND MTN CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 11/01/2005   To: 11/30/2005

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 12.09

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 5.53 |
| 541509 | 11/01/2005 | OUTGOING MAIL 11/1/05 | 3.22 |  | 2.31 |
| 542819 | 11/03/2005 | 10/29/2005 50  140378 | 2.31 |  | 0.00 |
| 545238 | 11/07/2005 | HMCC REG OCT '05 - INST WORKER WG 35 |  | 4.20 | 4.20 |
| 545238 | 11/07/2005 | HMCC REG OCT '05 - INST WORKER WG 45 |  | 62.10 | 66.30 |
| 545336 | 11/07/2005 | Automatic Savings Deduction | 0.21 |  | 66.09 |
| 545337 | 11/07/2005 | 10/29/2005 50  140378 | 1.69 |  | 64.40 |
| 545338 | 11/07/2005 | Automatic Savings Deduction | 3.11 |  | 61.29 |
| 547637 | 11/09/2005 | Commissary Purchase; Invoice 254401 | 28.15 |  | 33.14 |
| 548683 | 11/14/2005 | 11/14/2005 138644  50 | 4.00 |  | 29.14 |
| 548683 | 11/14/2005 | 11/14/2005 138650  50 | 4.00 |  | 25.14 |
| 549898 | 11/17/2005 | Commissary Purchase; Invoice 255891 | 11.55 |  | 13.59 |
| 551502 | 11/22/2005 | Commissary Purchase; Invoice 257471 | 1.50 |  | 12.09 |
|  |  | Ending Balance |  |  | 12.09 |

Account: FORCED SAVINGS
Account Balance: 256.97

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 253.65 |
| 545336 | 11/07/2005 | Automatic Savings |  | 0.21 | 253.86 |
| 545338 | 11/07/2005 | Automatic Savings |  | 3.11 | 256.97 |
|  |  | Ending Balance |  |  | 256.97 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document.

SIGNATURE   DATE 2/8/06

Offender #: 247734    USP #: 247734    ESTRADA, SHIRLEY M. ELIZABETH    Location: HILAND MTN    Cell: 4N7T

Alaska Department of Corrections
HILAND MTN CC

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 12/01/2005    To: 12/31/2005    Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 17.34

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 12.09 |
| 557690 | 12/05/2005 | HMCC REG 12/5/2005 - INST WORKER WG 35 | | 18.20 | 30.29 |
| 557771 | 12/05/2005 | Automatic Savings Deduction | 0.91 | | 29.38 |
| 558781 | 12/07/2005 | Commissary Purchase; Invoice 260603 | 11.25 | | 18.13 |
| 560422 | 12/12/2005 | Commissary Return; Invoice 260603 | | 3.60 | 21.73 |
| 561326 | 12/14/2005 | HMCC REG 12/14/2005 - INST WORKER WG 45 | | 28.80 | 50.53 |
| 561327 | 12/14/2005 | Automatic Savings Deduction | 1.44 | | 49.09 |
| 561411 | 12/14/2005 | Commissary Purchase; Invoice 262111 | 17.90 | | 31.19 |
| 563206 | 12/19/2005 | COPIES | 0.15 | | 31.04 |
| 564362 | 12/21/2005 | Commissary Purchase; Invoice 263767 | 13.70 | | 17.34 |
| | | Ending Balance | | | 17.34 |

Account: FORCED SAVINGS
Account Balance: 259.32

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 256.97 |
| 557771 | 12/05/2005 | Automatic Savings | | 0.91 | 257.88 |
| 561327 | 12/14/2005 | Automatic Savings | | 1.44 | 259.32 |
| | | Ending Balance | | | 259.32 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document.

SIGNATURE    DATE

Offender #: 247734    USP #: 247734    ESTRADA, SHIRLEY M.ELIZABETH    Location: HILAND MTN    Cell: 4N7T

Offender #: 247734   USP #: 247734   ESTRADA, SHIRLEY M.ELIZABETH        Location: HILAND MTN   Cell: 4N7T

## Alaska Department of Corrections
### HILAND MTN CC

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 01/01/2006    To: 01/31/2006                          Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: FUNDS AVAILABLE
Account Balance: 49.08

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 17.34 |
| 568998 | 01/04/2006 | Commissary Purchase; Invoice 266851 | 16.30 |  | 1.04 |
| 570913 | 01/05/2006 | HMCC REG 1/6/2006 - INST WORKER WG 30 |  | 53.10 | 54.14 |
| 570994 | 01/05/2006 | Automatic Savings Deduction | 2.66 |  | 51.48 |
| 572641 | 01/09/2006 | 01/09/2006 136226 50 | 4.00 |  | 47.48 |
| 572641 | 01/09/2006 | 01/09/2006 136226 51 | 4.00 |  | 43.48 |
| 573528 | 01/11/2006 | Commissary Purchase; Invoice 268349 | 26.00 |  | 17.48 |
| 574957 | 01/17/2006 | Cash Receipt - CHAMBERLIN, LAVERNE |  | 40.00 | 57.48 |
| 575724 | 01/18/2006 | Commissary Purchase; Invoice 270576 | 13.80 |  | 43.68 |
| 578078 | 01/26/2006 | Commissary Purchase; Invoice 272304 | 24.60 |  | 19.08 |
| 579220 | 01/30/2006 | Cash Receipt - FLETCHER, JUDITH |  | 30.00 | 49.08 |
|  |  | Ending Balance |  |  | 49.08 |

Account: FORCED SAVINGS
Account Balance: 261.98

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 259.32 |
| 570994 | 01/05/2006 | Automatic Savings |  | 2.66 | 261.98 |
|  |  | Ending Balance |  |  | 261.98 |

**MESSAGES:**
I/M Request

I certify this to be a true copy of the original document.

SIGNATURE                    DATE

Offender #: 247734    USP #: 247734    ESTRADA, SHIRLEY M.ELIZABETH          Location: HILAND MTN    Cell: 4N7T