IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SHIRLEY M. ELIZABETH (HILLMAN) ESTRADA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CORRECTIONS, MEDICAL<br><br>    Defendant. | Case No. 3:06-cv-00042-TMB<br><br>ORDER OF DISMISSAL |

On February 24, 2006, this Court received a civil rights complaint from Shirley M. Elizabeth (Hillman) Estrada.[1] Because Ms. Estrada named a department of the State of Alaska as the defendant, the Court issued an order allowing her to "file an amended complaint ... on or before **April 3, 2006**."[2] Ms. Estrada was also ordered to file an amended application to waive prepayment of the filing fee, on this Court's

---

[1] *See* Docket No. 1.

[2] Docket No. 5.

current form, to indicate that she understood that the filing fee must be paid in installments and would not be entirely waived.[3]

To date, Ms. Estrada has failed to comply with the Court's Order.

**IT IS THEREFORE ORDERED:**

Ms. Estrada's case is DISMISSED without prejudice.

DATED this 15th day of May, 2006, at Anchorage, Alaska.

/s/TIMOTHY M. BURGESS
United States District Judge

---

[3] *See id.* at 1-2, 9.