## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

SHIRLEY M. (HILLMAN) ESTRADA,
    Plaintiff,

Case Number 3:06-cv-00042-TMB

v.

DEPARTMENT OF CORRECTIONS, MEDICAL,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X  **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this action is DISMISSED without prejudice.

APPROVED:

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
United States District Judge

Date: May 15, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

  Elisa Singleton, Deputy Clerk
  Ida Romack, Clerk of Court

[estrada judgment.wpd]{JMT2.WPT*Rev.3/03}